UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GINA MARIA BORGIA,<br><br>             Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | No. 2:20-cv-11520-FWS (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Report and Recommendation ("Report") of the assigned United States Magistrate Judge. No party filed any timely objection to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding the matter for further administrative proceedings consistent with the Report.

Dated: August 9, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE