JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GINA MARIA BORGIA, | No. 2:20-cv-11520-FWS (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Report and Recommendation of the United Magistrate Judge

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: August 9, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE