UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GINA MARIA BORGIA,<br><br>          Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>          Defendant. | No. 2:20-cv-11520-FWS-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d), AND COSTS<br>UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 29), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,426.19 under 28 U.S.C. § 2412(d) ("EAJA") and costs of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation. Based on the Stipulation and this Order, Plaintiff's Motion for EAJA Fees (Dkt. 27) and Amended Motion for EAJA Fees (Dkt. 28) are denied as moot.

Dated: November 08, 2022

_____
JOHN D. EARLY
United States Magistrate Judge